■ H & P Pharmacy, Inc., Appellant, v Cigna Property and Casualty Companies, Respondent, et al., Defendants. [609 NYS2d 841] —In an action, *inter alia,* for a judgment declaring that the defendant Cigna Property and Casualty Companies has a duty to defend and indemnify the plaintiff in an underlying action entitled *Tauber v Papa,* pending in the Supreme Court, Kings County, under Index No. 20278/88, the plaintiff appeals from an order of the Supreme Court, Kings County (Yoswein, J.), dated March 11, 1992, which denied its motion for summary judgment, granted summary judgment to the defendant Cigna Property and Casualty Companies, and declared that the defendant Cigna Property and Casualty Companies has no duty to defend the plaintiff in the underlying action.

■ H & P Pharmacy, Inc., Appellant, v Cigna Property and Casualty Companies, Respondent, et al., Defendants. [— NYS2d —] —Motion by the respondent on an appeal from an order of the Supreme Court, Kings County, dated March 11, 1992, to dismiss the appeal on the ground that the record on appeal is inadequate and contains matter dehors the record.

Upon the papers filed in support of the motion, upon the papers filed in opposition thereto, and upon the submission of the appeal, it is

Ordered that the motion is denied. Balletta, J. P., Pizzuto, Friedmann and Krausman, JJ., concur.